UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | **Criminal No.** |
| : | |
| MARK J. PARISI, : | |
| : | |
| Defendant. : | |

# I N F O R M A T I O N

The United States Attorney informs the Court:

## COUNT ONE

### Introduction

At times material to this Information:

    1. The defendant, MARK J. PARISI, was a resident of the District of Columbia who maintained business and personal bank accounts at SunTrust Bank, N.A., Wachovia Bank, N.A., and Chevy Chase Bank, F.S.B.

### The Conspiracy

    2. From in or August, 2003 and continuing thereafter through at least December 2004 in the District of Columbia and elsewhere, the defendant MARK J. PARISI did unlawfully and knowingly conspire, combine, confederate, and agree with other persons both known and unknown to the United States to commit an offense against the United States, that is, the receipt and unlawful possession of stolen mail and things contained therein, in violation of 18 U.S.C. §1708.

**Purpose of the Conspiracy**

3. A purpose of the conspiracy was for defendant MARK J. PARISI and a co-conspirator, whose identity is known to the government (co-conspirator A) to receive and unlawfully possess letters and envelopes and checks contained therein which they knew had been stolen and taken from mail receptacles and authorized depositories for mail matter and to thereafter deposit said checks in bank accounts under their control in order to use the proceeds therefrom for their personal benefit.

**Manner and Means of the Conspiracy**

4. It was part of the conspiracy that while working for and connected with Organization K, co-conspirator A stole and caused to be stolen from mail receptacles and authorized depositories for mail matter, letters and envelopes and the checks contained therein mailed to Organization K.

5. It was further part of the conspiracy that defendant MARK J. PARISI opened checking accounts in a name similar to that of Organization K at Wachovia Bank, N.A., SunTrust Bank, N.A., and Chevy Chase Bank, F.S.B., in Washington, D.C., which he thereafter used to deposit approximately $102,096.50 in checks stolen from Organization K and received from co-conspirator A.

6. It was further part of the conspiracy that co-conspirator A stole and diverted $4,000 in funds from Organization K by causing charges to be made against credit cards issued to Organization K and by causing corresponding credits to credit cards issued to defendant MARK J. PARISI.

7. It was further part of the conspiracy that while working for and connected with Organization E, co-conspirator A stole and caused to be stolen from mail receptacles and authorized depositories for mail matter, letters and envelopes and the checks contained therein mailed to Organization E.

8. It was further part of the conspiracy that defendant MARK J. PARISI opened a checking account in a name similar to that of Organization E at Chevy Chase Bank, F.S.B., in Washington, D.C., which he thereafter used to deposit approximately $20,158 in checks stolen from Organization E and received from co-conspirator A.

9. It was further part of the conspiracy that defendant MARK J. PARISI transferred the proceeds from the stolen checks between accounts under his control and withdrew funds from said accounts for the benefit of himself and co-conspirator A.

### Overt Acts

10. In furtherance of the conspiracy and to effect the objects thereof, the defendant MARK J. PARISI and co-conspirator A committed the following overt acts, among others, in the District of Columbia and elsewhere:

11. On October 16, 2003, in the District of Columbia, defendant MARK J. PARISI deposited into a business checking account at Wachovia Bank, checks totaling $3,218.00, payable to Organization K and stolen from it.

12. On October 16, 2003, in the District of Columbia, defendant MARK J. PARISI wrote a check totaling $6,500 from an account under his control at Wachovia Bank and deposited it into an account under his control at SunTrust Bank. This check contained proceeds of checks

previously stolen from Organization K, including, but not limited to those deposited at Wachovia Bank on October 16, 2003.

13. On October 16, 2003, in the District of Columbia, defendant MARK J. PARISI deposited into an account under his control at Chevy Chase Bank, checks totaling $3,110.00, payable to Organization K and stolen from it.

14. On October 16, 2003, in the District of Columbia, defendant MARK J. PARISI wrote a check totaling $7,000 from an account under his control at Chevy Chase Bank and deposited it into an account under his control at SunTrust Bank. This check contained proceeds of checks previously stolen from organization K, including, but not limited to those deposited at Wachovia Bank on October 16, 2003.

15. On November 6, 2004, in the District of Columbia, defendant MARK J. PARISI deposited into an account under his control at Chevy Chase Bank, 2 checks totaling $5,458 payable to organization E and stolen from it.

**(Conspiracy, in violation of Title 18, United States Code, Section 371.)**

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: _____
LIONEL ANDRE
Assistant United States Attorney
D.C. Bar # 488532
United States Attorney's Office
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 514-9555
Fax: (202) 305-8537
Lionel.Andre@USDOJ.gov